STAN S. MALLISON (Bar No. 184191)
    StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
    HectorM@TheMMLawFirm.com
CRISTINA MATHEWS (Bar No. 329343)
    CMathews@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94549
Telephone: 510-832-9999
Facsimile:  510-832-1101
E-Mail: Enotices@TheMMLawFirm.com

Attorneys for Plaintiffs

BARSAMIAN & MOODY
Ronald H. Barsamian
    ronbarsamian@aol.com
Patrick S. Moody
    pmoody@theemployerslawfirm.com
Catherine M. Houlihan
    choulihan@theemployerslawfirm.com
1141 West Shaw Avenue, Suite 104
Fresno, CA 93711
(559)248-2360
LaborLaw@TheEmployersLawFirm.com

Attorneys for Defendant Arbor Vineyards, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO VILLA, JESUS ZAVALA, and JOSE ARELLANO, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ARBOR VINEYARDS, INC., a California Corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-02011-CKD <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE BY THREE WEEKS, FROM MAY 8, 2026 TO MAY 29, 2026** <br><br> *Before the Honorable Carolyn K. Delaney* |

Case No. 2:24-cv-02011-CKD

Plaintiffs Arturo Villa, Jesus Zavala, and Jose Arellano and Defendant Arbor Vineyards, Inc. ("the Parties"), by and through their counsel of record, hereby stipulate to extending the non-expert discovery deadline by three weeks, from May 8, 2026, to May 29, 2026.

<u>STIPULATION</u>

WHEREAS, Plaintiffs initiated this action on July 24, 2024; and

WHEREAS, on November 19, 2024, this Court made a Pretrial Scheduling Order setting a deadline for non-expert discovery of May 8, 2026 (ECF 11);

WHEREAS, the Parties are engaged in settlement negotiations; and

WHEREAS, both Parties have noticed, but not yet conducted, depositions, and require additional time to complete these depositions;

WHEREAS good cause exists to extend the non-expert discovery deadline for short period (three weeks) to both continue settlement negotiations and complete depositions;

IT IS HEREBY STIPULATED AND AGREED UPON by the Parties, subject to the approval of the Court, that all non-expert discovery shall be completed[1] by **May 29, 2026**.

IT IS SO STIPULATED.

Dated:      4/21/2026                    MALLISON & MARTINEZ

By: _____
        Stan S. Mallison
        Hector R. Martinez
        Cristina Mathews

Dated:      4/21/2026                    BARSAMIAN & MOODY

By:    /s/ Catherine Houlihan
        Ronald H. Barsamian
        Patrick S. Moody
        Catherine Houlihan

---

[1] "Completed" means (1) all discovery shall have been conducted so that all depositions have been taken and (2) any disputes related to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

Case No. 2:24-cv-02011-CKD

**~~[PROPOSED]~~ ORDER**

Pursuant to the above Stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: 04/22/26

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 vill24cv2011.stip.exp

Case No. 2:24-cv-02011-CKD