STAN S. MALLISON (Bar No. 184191)
    StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
    HectorM@TheMMLawFirm.com
CRISTINA MATHEWS (Bar No. 329343)
    CMathews@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94549
Telephone: 510-832-9999
Facsimile:  510-832-1101
E-Mail: Enotices@TheMMLawFirm.com

Attorneys for Plaintiffs

BARSAMIAN & MOODY
Ronald H. Barsamian (SBN 81531)
    ronbarsamian@aol.com
Patrick S. Moody (SBN 156928)
    pmoody@theemployerslawfirm.com
Catherine M. Houlihan (SBN 312113)
    choulihan@theemployerslawfirm.com
1141 West Shaw Avenue, Suite 104
Fresno, CA 93711
(559)248-2360
LaborLaw@TheEmployersLawFirm.com

Attorneys for Defendant Arbor Vineyards, Inc.

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO VILLA, JESUS ZAVALA, and JOSE ARELLANO, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>ARBOR VINEYARDS, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:24-cv-02011-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE BY FOUR ADDITIONAL WEEKS, FROM MAY 29, 2026 TO JUNE 26, 2026**<br><br>*Before the Honorable Carolyn K. Delaney* |

Plaintiffs Arturo Villa, Jesus Zavala, and Jose Arellano and Defendant Arbor Vineyards, Inc.

("the Parties"), by and through their counsel of record, hereby stipulate to extending the non-expert

- 1 -

Case No. 2:24-cv-02011-CKD

discovery deadline by four additional weeks, to June 26, 2026; this follows after a brief extension of the original deadline from May 8, 2026, to May 29, 2026.

STIPULATION

WHEREAS, Plaintiffs initiated this action on July 24, 2024; and

WHEREAS, on November 19, 2024, this Court made a Pretrial Scheduling Order setting a deadline for non-expert discovery of May 8, 2026 (ECF 11);

WHEREAS, on April 22, 2026, this Court extended that deadline to May 29, 2026, following the Parties' stipulation to said extension;

WHEREAS, the Parties continue to engage in settlement negotiations;

WHEREAS, both Parties have noticed, but not yet conducted, depositions, and require additional time to complete these depositions;

WHEREAS good cause exists to extend the non-expert discovery deadline for short period (four additional weeks) to both continue settlement negotiations and complete depositions;

IT IS HEREBY STIPULATED AND AGREED UPON by the Parties, subject to the approval of the Court, that all non-expert discovery shall be completed[1] by **June 26, 2026**.

IT IS SO STIPULATED.

Dated: _____ May 29, 2026 _____          MALLISON & MARTINEZ

                                            By: ___ /s/Cristina Mathews _____
                                                Stan S. Mallison
                                                Hector R. Martinez
                                                Cristina Mathews

Dated: _____ May 29, 2026 _____          BARSAMIAN & MOODY

                                            By: ___ /s/Catherine Houlihan ___
                                                Ronald H. Barsamian
                                                Patrick S. Moody
                                                Catherine Houlihan

---

[1] "Completed" means (1) all discovery shall have been conducted so that all depositions have been taken and (2) any disputes related to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

Case No. 2:24-cv-02011-CKD

## ~~[PROPOSED]~~ ORDER

Pursuant to the above Stipulation, and good cause appearing, IT IS SO ORDERED.

Dated:  June 2, 2026

8 vill24cv2011.stip.eot

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

- 3 -

Case No. 2:24-cv-02011-CKD