STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
CRISTINA MATHEWS (Bar No. 329343)
  CMathews@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94549
Telephone: 510-832-9999
Facsimile:  510-832-1101
E-Mail: Enotices@TheMMLawFirm.com

Attorneys for Plaintiffs

BARSAMIAN & MOODY
Ronald H. Barsamian
    ronbarsamian@aol.com
Patrick S. Moody
    pmoody@theemployerslawfirm.com
Catherine M. Houlihan
    choulihan@theemployerslawfirm.com
1141 West Shaw Avenue, Suite 104
Fresno, CA 93711
(559)248-2360
LaborLaw@TheEmployersLawFirm.com

Attorneys for Defendant Arbor Vineyards, Inc.

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO VILLA, JESUS ZAVALA, and JOSE ARELLANO, on behalf of themselves, the State of California, all similarly situated aggrieved employees, and all others similarly situated,<br><br>     Plaintiffs,<br><br>     vs.<br><br>ARBOR VINEYARDS, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>     Defendants. | Case No.: 2:24-cv-02011-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE BY THREE WEEKS, FROM JUNE 26, 2026 TO JULY 17, 2026**<br><br>*Before the Honorable Carolyn K. Delaney* |

- 1 -
STIPULATION [& ORDER] EXTENDING DISCOVERY DEADLINE
Case No. 2:24-cv-02011-CKD

Plaintiffs Arturo Villa and Jose Arellano[1] and Defendant Arbor Vineyards, Inc. ("the Parties"), by and through their counsel of record, hereby stipulate to extending the non-expert discovery deadline by three weeks, from June 26, 2026, to July 17, 2026.

<u>STIPULATION</u>

WHEREAS, Plaintiffs initiated this action on July 24, 2024; and

WHEREAS, on November 19, 2024, this Court made a Pretrial Scheduling Order setting a deadline for non-expert discovery of May 8, 2026 (ECF 11);

WHEREAS, on April 22, 2026 this Court granted the Parties Stipulation Extending the Discovery Deadline to May 29, 2026;

WHEREAS, on June 2 2026 this Court granted the Parties Stipulation Extending the Discovery Deadline to June 26, 2026;

WHEREAS, the Parties are still engaged in settlement negotiations;

WHEREAS, the Parties are in the process of meet and confer efforts regarding the exchange of putative class member data from Plaintiffs;

WHEREAS, on June 18, 2026 the Parties commenced the deposition of non-party witness Moises Rocha, but were unable to complete the deposition due to technical difficulties caused by the witness' internet connection, which repeatedly interrupted the proceedings and prevented the Parties from completing the examination;

WHEREAS, the Parties require additional time to complete the deposition of Moises Rocha and any reasonable follow up discovery arising from that deposition;

WHEREAS good cause exists to extend the non-expert discovery deadline for short period (three weeks) to both continue settlement negotiations and complete depositions;

///

///

///

---

[1] Plaintiff's counsel filed a request to voluntarily dismiss Juan Zavala on May 20, 2026, and Juan Zavala is no longer a party. (See ECF Nos. 14, 19.)

STIPULATION [& ORDER] EXTENDING DISCOVERY DEADLINE

Case No. 2:24-cv-02011-CKD

IT IS HEREBY STIPULATED AND AGREED UPON by the Parties, subject to the approval of the Court, that all non-expert discovery shall be completed[2] by **July 17, 2026**.

IT IS SO STIPULATED.

Dated: 6/26/2026                           MALLISON & MARTINEZ

By: */s/ Cristina Mathews*
Stan S. Mallison
Hector R. Martinez
Cristina Mathews

Dated: 6/26/2026                           BARSAMIAN & MOODY

By:    */s/ Catherine Houlihan*
Patrick S. Moody
Catherine Houlihan

---

[2] "Completed" means (1) all discovery shall have been conducted so that all depositions have been taken and (2) any disputes related to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

STIPULATION [& ORDER] EXTENDING DISCOVERY DEADLINE
Case No. 2:24-cv-02011-CKD

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, and good cause appearing, IT IS SO ORDERED.

Dated:  June 29, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 vill24cv2011.stip.exp

- 4 -
STIPULATION [& ORDER] EXTENDING DISCOVERY DEADLINE
Case No. 2:24-cv-02011-CKD